IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** December 4, 2018

**JUDGE**
K. Nicole Mitchell

**Court Reporter**: Shea Sloan
**Law Clerk:** Kristopher Morton
**Courtroom Deputy**: Lisa Hardwick

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC ET AL**<br><br>V<br><br>**HCC INSURANCE HOLDINGS, INC. ET AL** | **CIVIL ACTION NO**. **6:15cv660-JRG-KNM**<br><br>**DISPOSITIVE MOTION HEARING** |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|

SEE ATTORNEY SIGN-IN SHEET(S)

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN: 8:55 a.m.**                      **ADJOURN: 11:19 a.m.**

| TIME: | MINUTES: |
|---|---|
| 8:55 a.m. | Case Called for Dispositive Motion Hearing. Appearances made (See Attorney Sign-In Sheet). Parties announced ready to proceed. |
| 8:57 a.m. | Motion Hearing begins. |
| | The Court first took up the Defendants' **[167] Motion for Summary Judgment of No Infringement, No Willfulness and No Pre-Notice Damages**. Arguments heard from Defendants' Eric Hall (HCC), Brett Govett (HCC), and Derek Gilliland. |
| 9:53 a.m. | The Court next took up the Defendants' **[171] Motion to Strike Portions of Plaintiffs' Expert D. Hugh Smith's Report Concerning Alleged Infringement**. Arguments heard from Eric Hall and Ty Wilson. The Court denied the Defendants' [171] Motion to Strike Portion of Dr. Smith's Expert Report. |
| 10:14 a.m. | Court Recessed. |
| 10:30 a.m. | Court Resumed |
| 10:31 a.m. | The Court next took up the Plaintiff's [168] Motion for Partial Summary Judgment on Estoppel. Arguments heard from Derek Gilliland and Brett Govett. |

**DAVID A. O'TOOLE, CLERK**

**FILED 12/4/2018**

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 10:38 a.m. | The Court next took up the Defendants' **[172] Daubert Motion Concerning the Report and Testimony of Plaintiffs' Damages Expert Kevin Arst**. Arguments heard from Brett Govett and Derek Gilliland. |
| 10:55 a.m. | The Court last took up the Defendants' **[150] Motion for Summary Judgment That Asserted Claim 14 of U.S. Patent No. 7,516,177 is Invalid Under 35 U.S.C. Section 101.** Arguments heard from Darren Smith (HCC) and Derek Gilliland. |
| 11:16 a.m. | The Court addressed whether the parties were amendable to join mediation in the BITCO case that is currently before Judge Folsum. Counsel stated that it would be beneficial, and the Court ordered that the parties participate in the BITCO mediation. |
| 11:19 a.m. | The Court thanked the parties for their arguments. There being nothing further, court was adjourned. |